# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**BYRON STANLEY**                                                                                 **PLAINTIFF**

v.                                        No. 2:25-cv-247-DPM

**BNSF RAILWAY COMPANY**                                                    **DEFENDANT**

## ORDER

I recuse. Burlington Northern Santa Fe Railway Company is on my recusal list. The Clerk must reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 December 2025