**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

| | | |
|---|---|---|
| **BRYAN STANLEY** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:25-cv-00247-DPM |
| | ) | |
| v. | ) | |
| | ) | |
| **BNSF RAILWAY COMPANY,** | ) | |
| | ) | |
| Defendant. | ) | |

PROTECTIVE ORDER

This document reflects the proposal of BNSF to restrict the manner and method upon which the parties communicate. The Court approves of the restrictions described herein.

1. The named Plaintiff will refrain from contacting agents and/or representatives of BNSF directly on matters which touch and concern this lawsuit, including the subject incident, the damages claimed, including employment benefits, and the facts and circumstances of BNSF's response to the subject incident. Representatives of Defendant shall not contact Plaintiff regarding same.

2. Communications described above shall only be made through counsel of each party. Plaintiff's counsel and/or their representatives shall not contact representatives of Defendant for purposes of discussing this lawsuit, the damages, claimed, the subject incident which form the basis of this incident, and/or Plaintiff's benefits under Plaintiff's employment. This restriction only applies as it concerns this matter. Defendant agrees to same regarding communications.

3. If either party or their counsel finds that such communications covered by this Order have been made, he or she will immediately notify opposing counsel via email communication.

It is ORDERED, ADJUDGED, and DECREED that communications outlined above will occur as outlined above.

**JUDGE**

**DATE:** 10/6/26